# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JAMES A. ANTHONY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 1:23-cv-00018-NT |
| | ) |
| AROOSTOOK COUNTY JAIL, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On April 6, 2023, the United States Magistrate Judge filed with the Court, with copies to the Plaintiff, her Recommended Decision after preliminary review of the Plaintiff's Complaint under 28 U.S.C. § 1915 (ECF No. 7). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the Plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 8th day of May, 2023.